IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GATEKEEPER SOLUTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-23-CV-522-KC |
| | § | |
| THREATTRACK SECURITY, INC. | § | |
| and ZIFF DAVIS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal, ECF No. 16. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 15th day of November, 2023.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE